170 A.3d 339

DAWSON MECHANICAL CONTRACTING, PLAINTIFF, v. HAROLD
S. GURVEY AND AMY GURVEY, DEFENDANTS-PETITION-
ERS, AND STATE FARM FIRE AND CASUALTY, ET AL., DE-
FENDANTS-RESPONDENTS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003726–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

170 A.3d 339

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
IVAN G. MCKINNEY, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001946–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.